**Dismissed and Memorandum Opinion filed January 23, 2014.**



In The

## Fourteenth Court of Appeals

### NO. 14-13-01092-CR

**MELVIN RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1384516**

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of the offense of aggravated assault with a deadly weapon and sentenced on October 23, 2013, to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. No timely motion for new trial was filed. Appellant's pro se notice of appeal was not filed until December 4, 2013.

A defendant's notice of appeal must be filed within thirty days after an appealable order is entered when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). Although we may grant an extension of time to file a notice of appeal, it must be filed in the trial court within fifteen days after the deadline for filing the notice of appeal and, within that same fifteen-day period, the party must file an extension motion in the appellate court. *See* Tex. R. A pp. P. 26.3(a), (b). Otherwise, we do not have authority to grant an extension of time to file the notice of appeal. *See Olivo v. State,* 918 S.W.2d 519, 522–4 (Tex. Crim. App. 1996). The notice of appeal was filed within the fifteen-day period, but no extension of time to file the notice of appeal was filed.

A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State,* 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).